UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANA M. HANSON, for and on behalf of Southern California Painting & Drywall Industries Health & Welfare Fund, Southern California Painting & Drywall Industry Vacation Trust Fund, Southern California Painting and Decorating Labor Management Cooperation Committee Trust Fund, and Southern California Painting & Drywall Industries Apprenticeship Trust Fund; and GARY J. MEYERS, for and on behalf of International Painters and Allied Trades Industry Pension Fund ("IUPAT Industry Pension Fund"),<br><br>Plaintiffs,<br><br>v.<br><br>RBE PAINTING, INC. and EMIL DAVID BALLMAN, an individual and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV14-02506 JAK (CWx)<br><br>Hon. John A. Kronstadt<br><br>ORDER GRANTING STIPULATION TO DISMISS CASE WITHOUT PREJUDICE<br><br>JS-6 |

TO ALL INTERESTED PARTIES:

1

1     The Court, having reviewed the Stipulation of Dismissal, dismisses this
2 action in its entirety without prejudice.

3

4

5 Dated: February 17, 2015        _____

6

7                                  The Honorable John A. Kronstadt
                                 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28